# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
| SOLOMON COOK | ) Case No. 3:22-mj-00087 |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 1 through May 11, 2022** in the county of **Multnomah** in the District of **Oregon**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) and (e) | Production and Attempted Production of Child Pornography |
| 18 U.S.C § 2252(a)(4)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Cassandra Sommers

☑ Continued on the attached sheet.

*Complainant's signature*

Cassandra Sommers, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 8:10 am _____ a.m./p.m.

Date: 05/12/2022

*Judge's signature*

City and state: Portland, Oregon

Hon. Jeffrey Armistead
*Printed name and title*