AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

ORIGINAL

| United States of America | ) |
|---|---|
| v. | ) Case No. 3:22-mj-00087 |
| SOLOMON COOK | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   SOLOMON COOK
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
Production and Attempted Production of Child Pornography in violation of 18 U.S.C. § 2251(a) and (e)
Possession of Child Pornography in violation of 18 U.S.C § 2252(a)(4)(B)

Date:  05/12/2022

*Issuing officer's signature*

City and state:   Portland, Oregon         Honorable Jeffrey Armistead
                                           *Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

DATE 5/11/2022
ARRESTED BY FBI
U.S. MARSHAL

Date: _____

*Arresting officer's signature*

*Printed name and title*