C. Renée Manes
Assistant Federal Public Defender
Email: renee_manes@fd.org
Megha Desai, OSB #141441
Assistant Federal Public Defender
Email: megha_desai@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:22-cr-00210-HZ-1 |
| Plaintiff, | |
| v. | DEFENDANT'S SENTENCING MEMORANDUM |
| SOLOMON COOK, | |
| Defendant. | |

Solomon Cook, will appear before this Court on April 3, 2025, for sentencing upon his plea of guilty to three counts of Online Enticement of a Minor in violation of Title 18, United States Code, Section 2422(b) and one count of Possession of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(5)(B). For the reasons outlined in other sentencing materials before the Court, the defense joins the Government and

Page 1    DEFENDANT'S SENTENCING MEMORANDUM

recommends that the Court sentence Mr. Cook to 121 months in prison, followed by a 10-year term of supervision.

Respectfully submitted on March 27, 2025.

                                          */s/ Megha Desai*
                                          Megha Desai
                                          Attorney for Defendant

                                          */s/ Renée Manes*
                                          C. Renée Manes
                                          Attorney for Defendant